IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF ARKANSAS

WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 05 2017
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

ARTHUR CARSON,

PLAINTIFF,

VS.

4:17cv432-BSM

JANICE TUNE MANAGER EASTVIEW-

TERRACE APT; INDEPENDENT MANAGEMENT SERVICES,

DEFENDANTS.

COMPLAINT FOR DECLARATORY/INJUNCTIVE RELIEF

WITH JURY DEMAND

This case assigned to District Judge Miller
and to Magistrate Judge _____

PRELIMINARY STATEMENT:

Comes now the Plaintiff, Arthur Carson, and brings this Action pursuant to Title VII, 42 U.S.C.-3601 of the Civil Rights and Fair Housing Act; 15 U.S.C. 1681 "Fair Credit Reporting Act"; 12 U.S.C.-1701q, sec. 202 "Supportive Housing for the Elderly", and Sec. 504 of the Rehabilitation Act, 29 U.S.C. 701; 28 U.S.C. 1332 "Diversity of Citizenship Statues".

PARTIES:

1). Plaintiff, Arthur Carson, 6200 Colonel Glenn Rd. #219, Little Rock, AR 72204,(501-2403437- Phone);

2). Defendant, Janice Tune, Manager Eastview Terrace Apartments, 1200 Geyer St. Little Rock, AR 72202;

3). Defendant, Independent Management Services, 14381 North RD. / P.O. Box 584, Fenton, MI 48430.

(1)

STATEMENT OF CLAIMS:

1). On May 31, 2017, Plaintiff, Hereinafter "Carson", a 63 Year old Disabled Senior, with His Co-Applicant, Jewellean Moore, applied for Low Income Housing for the Elderly at the Eastview Terrace Apartments, whom Contracts with HUD, and has More than 100 Units there that are section 8 or other Sub-programs for subsidized housing with HUD.

The Manager, Janice Tune, was rude, and would not allow a viewing of the Vacant two bedroom Apartment applied for, nor was the Manager capable of Communicative skills or choose not to discuss The process with Carson and His Family. The Defendants whimsical practices, and lack of Communication has a disparate impact on Senior Applicants, in addition to the fact no advance written tenant Selection criteria was given except that a five Year Rental History was required, which Carson and His Co-applicant met this criteria.

On June 06, 2017, Carson received via mail, an adverse letter denying the application based on "A False Utility debt from Arkansas Power & Light", and "Centerpoint Energy", which was claimed Taken from Carson Credit History. Carson has nothing in His Credit history from Arkansas Power & Light, this was an inaccurate portrayal.

2). HUD Contractors are required to provide any credit selection criteria in advance, (24 CFR 960.203( c)-(3). The Defendants failed to provide a brief statement of the reasons for the decision; or allow Opportunity for an informal Review of the decision, (24 CFR 982.554). Section 8 and its sub programs Are governed by 42 U.S.C. 1437f.

Carson seeks a declaration that Defendants termination of Elderly supportive Housing violates Substantive provisions of 24 CFR 982.552 and the due process requirements of 24 CFR 982.555, And the due process clause of the Fourteenth Amendment of the U.S. Constitution.

Where the Defendants terminated the Application process for Supportive Housing for Carson, And Family, whom are Disabled Seniors that otherwise qualify, (12 U.S.C. 1701q, Sec. 202). Carson's Right under Sec. 202 Housing Entitlement Program were ignored by Defendants, despite Their Contractual Obligations to HUD.

3). The Defendants did not allow mitigating evidence pertaining to their denial; nor was Carson's Previous rental History, and timely payments a factor; Carson's ability to perform the obligations Of the subsidized Housing Program for the Elderly was ignored.

4). On 6/06/2017, via Phone, Carson informed Janice Tune, Manager of the inaccurate Report Relied of from "Arkansas Power & Light", yet no corrective measures were taken. On 6/07/2017, A second Appeal were submitted to Independent Management Services, whom failed to conduct Any hearing or informal conference, or take corrective action to eviscerate the false Utility debt, Or reconsider the denial based on this false report.

5). The Defendants, Independent Management Services, are in charge of the overall Management of Eastview Terrace Apartments, and policies, as well as to ensure their compliance with HUD's Regulations For Low Income Tax Credits. Yet the Defendants refuse to adequately Supervise, and promote the Dissemination of false data over the Internet to its contractors, and subordinates illegally,(15 U.S.C. – 1681).

WHEREFORE, PREMISES CONSIDERED, Plaintiff Pray that Declaratory/Injunctive Order be issued That allows Due Process; Plaintiff Access to Elderly Supportive Housing; Damages of $100,000 from Each Defendant; Cost of Court, and all else Relief this Court deem Equitable and Just under law.

_Arthur Carson_ . Dated this 30th day of June, 2017.

Arthur Carson

I, Arthur Carson, swear the foregoing statements are true and correct, pursuant to 28 U.S.C. 1746,

_Arthur Carson_ .

Arthur Carson
6200 Colonel Glenn Rd # 219
Little Rock AR 72204
(501-2403437)

| Version 03292017 | APPLICANT DENIAL LETTER | FORM 4.4 |
|---|---|---|

Date: 06/05/2017  
Applicant Name: Arthur Carson  
Street Address: 6200 Colonel Glenn Road - Apt.  
City, State, Zip: Little Rock, AR 72204  

Property Name: Eastview Terrace Apartment  
Street Address: 1200 Geyer Street  
City, State, Zip: Little Rock, AR 72202  
Office Phone Number: 501 372-6606  

We regret to inform you that your application for an apartment at Eastview Terrace Apartment has been rejected. We are hereby informing you of certain information pursuant to the Fair Credit Reporting Reform Act. 15 U.S.C. Section 1681, et seq., as amended by the Consumer Credit Reporting Reform Act of 1996 (Public Law 104-208, the Omnibus Consolidated Appropriations Act for the Fiscal Year 1997, Title ii, Subtitle D, Chapter 1).

1. We have denied your application based on the following:

☐ Information contained in a consumer credit report obtained from the consumer credit reporting agency named in paragraph 2 of this letter.

☐ A consumer credit report containing insufficient information obtained from the consumer credit reporting agency named in paragraph 2 of this letter.

☐ Information received from a person or company other than a consumer credit reporting agency. Explain: See Below

2. When a credit report is used in making the decision. Section 615(a) of the Fair Credit Reporting Act requires us to tell you where we obtained that report. The consumer reporting agency that provided the report was:

☐ CBI/Equifax Credit Information Service, P.O. Box 740241, Atlanta, GA 30374-2041. Phone: 1-800-685-1111.
First American Registry, Inc., Customer Relations, PMB 1200, Rockville, MD, 20852. Phone: 1-888-333-2413.
Experian (TRW) Consumer Assistance, P.O. Box 949, Allen, TX 75002. Phone: 1-888-397-3742
Trans Union Consumer Relations, P.O. Box 390, Springfield, PA 19064. Phone: 1-800-888-4213 (for Mass.) 1-888-858-8336

3. Other: ☐ Incomplete Application ☐ Land Lord Verification ☐ Criminal History ☐ False or Misleading Information ☐ Information Provided has Discrepancies ☐ Failure to Demonstrate Proven Ability to Pay Rent ☐ Character Reference ☐ Inability to Verify Pertinent Information, ☐ Ineligible Student Household under the IRS Section 42 Tax Credit Guidelines. Comments: Centerpoint Energy - Phone # (501) 372-7156 Arkansas Power + Light Phone 1-858-850-0018

4. Pursuant to Section 615 of the Fair Credit Reporting Act. We are notifying you that the above-noted agency only provided information about your credit history. It took no part in making the decision to reject your rental application, nor can it explain why the decision was made.

5. You have certain rights under federal law, as examined in more detail in paragraphs 5 – 7 below. Pursuant to the Fair Credit Reporting Act, you have the right to obtain a copy of your credit report, dispute its accuracy, and provide a consumer statement describing your position if you dispute the credit report. If you believe your report is inaccurate or incomplete, you may call the consumer reporting agency at its toll-free number listed above, or write to it at the listed address.

6. Pursuant to Section 611 of the Fair Credit Reporting Act, you have the right to obtain a free copy of your consumer report from the consumer reporting agency whose name is checked above. You must request the copy within 60 days of the date you receive this letter. If you dispute any of the information in your report, you have the right to put into your report a consumer statement of up to 100 words explaining your position on the item under dispute. Trained personnel are available to help prepare consumer statements.

7. You may have additional rights under the credit reporting or consumer protection laws of your state. For further information, you can contact your state or local consumer protection agency or your state attorney general's office.

If you wish to appeal this determination, or request a hearing, please mail your appeal within 14 days of receipt of this letter to: Application Appeal P.C Box 584 Fenton, MI 48430  Or at  Appeal@imsteam.net
* Please specify the name of the Apartment Community in the appeal.

**The Fair housing Act prohibits discrimination in the sale, rental or financing of housing on the basis of race, color, religion, sex, handicap, familial status, or national origin. Federal law also prohibits discrimination on the basis of age. Persons with disabilities have the right to request reasonable accommodations to participate in the informal hearing process. TDD 1-800-567-5857. Our Section 504 Coordinator is Michael Rigdon. Attachments: Notice of Occupancy Rights Under VAWA and HUD VAWA Certification.**

Sincerely,

Site Manager

Equal Housing Opportunity

© 2006-2017 Independent Management Services
SOP_FORM 4.4_appdenial