IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARTHUR CARSON                                           PLAINTIFF

V.                          No. 4:17cv432-BSM

JANICE TUNE, MANAGER EASTVIEW TERRACE APT. AND
INDEPENDENT MANAGEMENT SERVICES          DEFENDANTS

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

On this _____ day of September, 2017, it is represented to the Court by Plaintiff, Arthur Carson, Pro Se and Defendants, Janice Tune, Manager, Eastview Terrace Apt. and Independent Management Services, by and through counsel for Defendants, that the above cause has been compromised and settled, and the same should be dismissed with prejudice.

IT IS, THEREFORE, BY THE COURT CONSIDERED, ORDERED AND ADJUDGED that the Complaint in the above styled cause be, and the same is hereby is dismissed with prejudice.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

/s/Cade L. Cox
Cade L. Cox (ABN 98067)
Cox, Sterling, McClure & Vandiver, PLLC
8712 Counts Massie Road
North Little Rock, AR 72113
*Attorney for Defendants*

[signature]
Arthur Carson
6200 Colonel Glenn Rd., # 219

Little Rock, AR 72204
*Plaintiff, Pro Se*

Case 4:17-cv-00432-BSM   Document 11   Filed 09/06/17   Page 2 of 2