# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ARTHUR CARSON**                                                                              **PLAINTIFF**

**v.**                       **CASE NO. 4:17-CV-00432 BSM**

**JANICE TUNE and**
**INDEPENDENT MANAGEMENT SERVICES**                   **DEFENDANTS**

## ORDER

The consent order of dismissal with prejudice [Doc. No. 11], construed as an unopposed motion to dismiss this case with prejudice, is granted pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) because the parties represent that the case has been settled.

IT IS SO ORDERED this 13th day of September 2017.

                                                          _____
                                                       UNITED STATES DISTRICT JUDGE