IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ARTHUR CARSON**                                                                                          **PLAINTIFF**

**v.**                                    **CASE NO. 4:17-CV-00432 BSM**

**JANICE TUNE and**
**INDEPENDENT MANAGEMENT SERVICES**                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of September 2017.

_____
UNITED STATES DISTRICT JUDGE